ORDERED.

Dated: **November 13, 2020**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No: 20-03176-3F7

EVERTE FARNELL FOSTER JR.
_____Debtor. /

**ORDER GRANTING TRUSTEE'S MOTION COMPELLING
DEBTORS COMPLIANCE WITH TITLE 11 U.S.C. §521 AND
FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007**

On the Trustee's Motion to Compel Debtors Compliance with Title 11 U.S.C. §521 and Federal Rules of Bankruptcy Procedure 1007 (docket #13), it is **ORDERED:**

1. The Trustee's Motion is Granted.

2. The Debtors' are compelled to comply with Title 11 U.S.C. §521 by (1) filing the Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Statement of Income and Means Test Calculation, Statement of Intention, Creditors Names and Addresses, (2) providing the requested financial documents to the Trustee within five (5) days, (3) participating in the IDI and (4) attending and giving testimony at the Meeting of Creditors.

Trustee, Gordon P. Jones, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within three days of entry of the order.