**[Dntcdrds]** [Notice of Denial/Revocation of Discharge(BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:20–bk–03176–JAF
Chapter 7

Everte Farnell Foster Jr.
dba AAA Animal Trapping

_____Debtor*_____/

## NOTICE OF DENIAL OF DISCHARGE

PLEASE TAKE NOTICE that on January 25, 2021 the Court entered a judgment in Adversary Proceeding 3:20–ap–00147–JAF which provided that the discharge of Debtor Everte Farnell Foster, Jr. is denied pursuant to 11 U.S.C. § 727.

Dated: January 25, 2021

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
300 North Hogan Street Suite 3–150
Jacksonville, FL 32202

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.